**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
MARIE A. MCCRARY (State Bar No. 262670)
marie@gutridesafier.com
RAJIV V. THAIRANI (State Bar No. 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDERSON SILVA and GRACE JONES, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>HALEON US HOLDINGS LLC; and HALEON US INC.,<br><br>         Defendants. | Case No.: 3:24-cv-04059-TLT<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 2107(a), Plaintiffs Anderson Silva and Grace Jones appeal to the United States Court of Appeals for the Ninth Circuit from this Court's order (ECF No. 41), filed December 2, 2024.

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), a Representation Statement is attached as Exhibit A.

Respectfully submitted this 10th day of December 2024.

Respectfully submitted,

_/s/ Rajiv V. Thairani_
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
  rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

_Attorneys for Plaintiffs_

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on December 10, 2024, I electronically filed the foregoing document with

3   the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing

4   to all counsel of record.

5        Dated: December 10, 2024

6                                    **GUTRIDE SAFIER LLP**

7                                    */s/ Rajiv V. Thairani/*
                                     Seth A. Safier (State Bar No. 197427)
8                                      seth@gutridesafier.com
                                     Marie A. McCrary (State Bar No. 262670)
9                                      marie@gutridesafier.com
                                     Rajiv V. Thairani (State Bar No. 344390)
10                                     rajiv@gutridesafier.com
                                     100 Pine Street, Suite 1250
11                                   San Francisco, California 94111
                                     Telephone: (415) 639-9090
12                                   Facsimile:  (415) 449-6469

13

14                                   *Attorneys for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28