# EXHIBIT A

# REPRESENTATION STATEMENT

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), the following list represents all parties to the action and, upon information and belief, their respective counsel by name, address, telephone number, and email address.

| Party | Counsel of Record |
|---|---|
| Plaintiffs-Appellants<br>Anderson Silva and Grace Jones | **GUTRIDE SAFIER LLP**<br>Seth A. Safier (State Bar No. 197427)<br>  seth@gutridesafier.com<br>Marie A. McCrary (State Bar No. 262670)<br>  marie@gutridesafier.com<br>Rajiv V. Thairani (State Bar No. 344390)<br>  rajiv@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111<br>Telephone: (415) 639-9090<br>Facsimile:  (415) 449-6469 |
| Defendants-Appellees<br>Haleon US Holdings LLC and Haleon US Inc. | **MORGAN, LEWIS & BOCKIUS LLP**<br>Megan A. Suehiro (State Bar No. 316104)<br>megan.suehiro@morganlewis.com<br>300 South Grand Avenue, Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Tel:    +1.213.612.2500<br>Fax:   +1.213.612.2501<br><br>J. Gordon Cooney Jr. (*pro hac vice*)<br>gordon.cooney@morganlewis.com<br>Franco A. Corrado (*pro hac vice*)<br>franco.corrado@morganlewis.com<br>2222 Market Street<br>Philadelphia, PA 19103<br>Tel:    +1.215.963.5000<br>Fax:   +1.215.963.5001<br><br>*Attorneys for Defendants* |

Respectfully submitted this 10th day of December 2024.

**GUTRIDE SAFIER LLP**

*/s/ Rajiv V. Thairani /*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
  rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*