UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON SILVA, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>HALEON US INC., et al., <br><br>　　　　　Defendants. | Case No.24-cv-04059-TLT <br><br>**JUDGMENT** |

On December 2, 2024, the Court granted Defendants' motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 3, 2025

_____
TRINA L. THOMPSON
United States District Judge